RECEIVED

JUN 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHARONEL E. HAWKINS, INDIVIDUALLY
AND ON BEHALF OF HER MINOR
CHILDREN, QUINCY AND QUANCY
HAWKINS

\* CIVIL ACTION NO. 04-1098-M

\* JUDGE JAMES

\* MAGISTRATE JUDGE HAYES

VERSUS

CITY OF VIDALIA ET AL

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss filed by defendants Dr. Henry Murphy and the Concordia Parish School Board (Document No.27) be **DENIED**.

**THUS DONE AND SIGNED** this 22 day of June, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION